UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE GOLDMAN SACHS MORTGAGE
SERVICING SHAREHOLDER DERIVATIVE
LITIGATION

------------------------------------------------------------X
This Document Relates To:

ALL ACTIONS
------------------------------------------------------------X

11 CIVIL 4544 (WHP)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/12

Defendants having moved to dismiss the Verified, Consolidated and Amended Shareholder Derivative Complaint ("Complaint"), and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on August 14, 2012, having rendered its Memorandum and Order granting defendants' motion to dismiss, and dismissing Plaintiffs' claims, and denying Plaintiffs' motion to amend, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 14, 2012, Defendants' motion to dismiss is granted, and Plaintiffs' claims are dismissed; Plaintiffs' motion to amend is denied.

**Dated:** New York, New York
August 17, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____